```
          IN THE UNITED STATES DISTRICT COURT FOR THE
                  SOUTHERN DISTRICT OF ALABAMA
                         SOUTHERN DIVISION
```

JAH'GAMBIA OMARA SHAKUR,           :
*aka Julius Reeves,*               :
                                   :
    Plaintiff,  :
                                   :
vs.                                :   CIVIL ACTION 11-0220-KD-M
                                   :
CARL JOHNSON, et al.,              :
                                   :
    Defendants. :

<u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de novo</u> determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

DONE this 9th day of September, 2011.


                             <u>s/ Kristi K. DuBose</u>
                             KRISTI K. DuBOSE
                             UNITED STATES DISTRICT JUDGE