IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JAH'GAMBIA OMARA SHAKUR,          :
*aka Julius Reeves,*              :
                                 :
          Plaintiff,             :
                                 :
vs.                              :    CIVIL ACTION 11-0220-KD-M
                                 :
CARL JOHNSON, et al.,            :
                                 :
          Defendants.            :

ORDER


After due and proper consideration of all portions of this file

deemed relevant to the issues raised, and a de novo determination

of those portions of the Report and Recommendation to which objection

is made, the Report and Recommendation of the Magistrate Judge made

under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that this action be and is hereby **DISMISSED** without

prejudice for failure to prosecute and to obey the Court's Order.

DONE this 9th day of September, 2011.


                          s/ Kristi K. DuBose
                          KRISTI K. DuBOSE
                          UNITED STATES DISTRICT JUDGE